UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| CATHERINE BISHOP,<br>      Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN, Commissioner,<br>Social Security Administration,<br>      Defendant. | C.A. No. 16-116-M-LDA |

## ORDER

Catherine Bishop objects (ECF No. 14) to the Magistrate Judge's Report and Recommendation (ECF No. 13) recommending that his Motion to Reverse (ECF No. 9) be denied and the Commissioner's Motion to Affirm (ECF No. 10) be granted.

After a complete review of the record, this Court adopts the Magistrate Judge's recommendation for the reasons stated therein. The ALJ fully complied with the statute and appropriate regulations in evaluating and weighing all of the evidence including considering the opinions of Ms. Bishop's treating therapist. It is clear to this Court that there is substantial evidence in the record to support the ALJ's findings and conclusions that Ms. Bishop is not disabled within the meaning of the Act.

Therefore, the report is accepted. Plaintiff's Motion to Reverse (ECF No. 9) is DENIED and the Commissioner's Motion to Affirm (ECF No. 10) be is GRANTED.

IT IS SO ORDERED.

_____
John J. McConnell, Jr.
United States District Judge

November 14, 2016